UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA P., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] <br><br> Defendant. | Case No.: 20-cv-02428-JLB <br><br> **ORDER LIFTING STAY** |

On December 14, 2020, Plaintiff Anita P. filed a Complaint against the Commissioner of Social Security ("Commissioner") seeking judicial review of the denial of her application for Social Security Disability Insurance and Supplemental Security Income benefits. (ECF No. 1.) The matter was automatically stayed pursuant to Chief Judge Order ("CJO") No. 21, which stayed all civil cases filed on or after March 1, 2020,

---

[1] Kilolo Kijakazi, Acting Commissioner of Social Security, is hereby substituted in as Defendant in place of Andrew Saul pursuant to Federal Rule of Civil Procedure 25. Fed. R. Civ. P. 25(d).

1  brought against the Commissioner under 42 U.S.C. § 405(g) due to the COVID-19 public
2  health emergency.  *See* CJO No. 21 at ¶ 6.  In light of the age of the case, the Court hereby
3  **ORDERS** the stay **LIFTED**.  The Status Conference set for October 28, 2022, is
4  **VACATED**.  The Commissioner shall file the Administrative Record **no later than**
5  **December 13, 2022**.
6      IT IS SO ORDERED.
7  Dated:  October 14, 2022

*[Signature: Jill Burkhardt]*
Hon. Jill L. Burkhardt
United States Magistrate Judge